JOHN W. FORD, Suing in His Own Behalf and in Behalf of Other Creditors of the ROCHESTER-MEXICAN PLANTATION COMPANY, Respondent, *v.* BENJAMIN E. CHASE et al., Appellants, Impleaded with Others.

*Ford* v. *Chase*, 118 App. Div. 605, affirmed.
(Argued May 22, 1907; decided June 11, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 6, 1907, which affirmed an interlocutory judgment of Special Term overruling demurrers to the complaint in a creditor's action to enforce the liability of stockholders for amounts unpaid on their stock.

The following questions were certified:

"*First.* Is there a defect of parties defendant to this action?

"*Second.* Does the complaint herein state facts sufficient to constitute a cause of action?"

*John P. Bowman, M. H. McMath* and *William N. Cogswell* for appellants.

*Edward Lynn* for respondent.

Order affirmed, with costs; first question certified answered in the negative, second in the affirmative; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.